```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/9/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
H.L. DALIS INC.,                                        :
                                                        :
                                   Plaintiff,           :
                                                        :                21-cv-4422 (VSB)
                      -against-                          :
                                                        :                    **ORDER**
FEDEX GROUND PACKAGE SYSTEM,                             :
INC., et al.,                                           :
                                                        :
                                                        :
                                   Defendants.          :
                                                        :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  August 9, 2021
        New York, New York


                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge